UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

Ernesto Rojas-Davison,
                    Defendant.

ORDER OF REMAND
06 CR 798 (RPP)

**IT IS HEREBY ORDERED** that the above named defendant is remanded to the custody of the United States Marshal for the Southern District of New York.

Dated: June 14, 2007
       New York, New York

                                  Honorable Robert P. Patterson, Jr.
                                  United States District Judge

cc: U.S. Marshals

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/07